# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SAMUEL COHEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FELICIA PONCE,<br><br>　　　　Respondent. | Case No. CV 18-08981-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner filed objections. The Court engaged in a de novo review of those portions of the Report and Recommendation. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　IT IS THEREFORE ORDERED that Judgment be entered dismissing this action for lack of jurisdiction.

Date: December 9, 2019

_____
JOHN A. KRONSTADT
United States District Judge